1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

6

UNITED STATES OF AMERICA,      )

7
                    )
           Plaintiff,    )   Case No. MJ09-103 BAT

8
                    )
    v.            )   DETENTION ORDER

9
                    )

EMILIO CRUZ-PEREZ,       )

10
                    )
           Defendant.   )

11
_____)

12 Offense charged:

13      Illegal Reentry after Deportation

14      Date of Detention Hearing:  March 12, 2009.

15      The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and

16 based upon the factual findings and statement of reasons for detention hereafter set forth, finds

17 that no condition or combination of conditions which the defendant can meet will reasonably

18 assure the appearance of the defendant as required and the safety of any other person and the

19 community.

20      FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

21      (1)    Defendant has been charged by complaint with illegal reentry after deportation.

22      (2)    Defendant is a citizen of Mexico.  The Court received no information about his

23 personal history, residence, family ties, employment history, or health.

DETENTION ORDER -1

1    (3)    Because defendant is not a citizen, an immigration and customs detainer has been

2    lodged against him.  In view of these circumstances, the defendant through his attorney

3    stipulated to detention.

4        It is therefore ORDERED:

5    (1)    Defendant shall be detained pending trial and committed to the custody of the

6    Attorney General for confinement in a correctional facility separate, to the extent practicable,

7    from persons awaiting or serving sentences, or being held in custody pending appeal;

8    (2)    Defendant shall be afforded reasonable opportunity for private consultation with

9    counsel;

10    (3)    On order of a court of the United States or on request of an attorney for the

11    Government, the person in charge of the correctional facility in which Defendant is confined shall

12    deliver the defendant to a United States Marshal for the purpose of an appearance in connection

13    with a court proceeding; and

14    (4)    The clerk shall direct copies of this order to counsel for the United States, to counsel

15    for the defendant, to the United States Marshall, and to the United States Pretrial Services Officer.

16        DATED this 12th day of March, 2009.

17

18    _____
     BRIAN A. TSUCHIDA
19    United States Magistrate Judge

20

21

22

23

DETENTION ORDER -2